FILED

1  **Liliana Isabel Carrillo** (Full Name)

2  **lc059997@gmail.com** (Email Address)

2017 APR 12  PM 4: 30

**ORIGINAL**

3  **5200 South J Street** (Address Line 1)

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___

4  **Apt #75 Oxnard, CA 93033** (Address Line 2)

5  **(805)663-1444** (Phone Number)

6  Plaintiff in Pro Per

7

8  ## UNITED STATES DISTRICT COURT

9  ## CENTRAL DISTRICT OF CALIFORNIA

10

**CV17 - 02800 JAK (AJW)**

11  **Liliana I. Carrillo**,      Case No.: _____
                                    (To be supplied by the Clerk)

12          Plaintiff,

13  vs.                           **Civil Rights Complaint Pursuant to**

14  **Ventura County Welfare Department,**   **42 U.S.C. § 1983 (non-prisoners)**

15  **Oxnard Juvenile Justice Complex,**

16  **Ventura County Medical Center, and**   **Jury Trial Demanded:** ☑Yes ☐ No

17  **Superior Court of California, City of Vta.**

18          Defendant(s).

19

20  *(All paragraphs and pages must be numbered.)*

21  ## I. JURISDICTION

22  1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23  Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25  ## II. VENUE

26  2. Venue is proper pursuant to 28 U.S.C. § 1391 because **plaintiff resides**

27  **in its jurisdictional area, Ventura County.**

28

*Form prepared by Public Counsel*
*© 2010, 2013 Public Counsel.*
*All rights reserved.*
*Revised: August 2013*

**1.**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

### III. PARTIES

3.    Plaintiff  <u>Liliana Isabel Carrillo</u>  resides at:
<span style="font-size:smaller">(your full name)</span>

<u>5200 South J Street Apartment #75 Oxnard,</u>
<u>Ventura County, CA 93033.</u>
<span style="font-size:smaller">(your address)</span>

<span style="font-size:smaller">(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)</span>

4. Defendant  <u>Ventura County Welfare Department</u>  works at
<span style="font-size:smaller">(full name of Defendant)</span>

<u>1400 Vanguard Drive, Suite C and 4651 Telephone Drive, Suite 300</u>
<span style="font-size:smaller">(Defendant's place of work)</span>

Defendant's title or position is  <u>Health and Human Services</u>
<span style="font-size:smaller">(Defendant's title or position at place of work)</span>

This Defendant is sued in his/her (check one or both):

☑ individual capacity              ☑ official capacity

This Defendant was acting under color of law because: <u>agents from</u>
<u>employed by the Department and its divisions and/or</u>
<u>agencies were acting within scope of their employment.</u>

5. Defendant  <u>Oxnard Juvenile Justice Complex</u>  works at
<span style="font-size:smaller">(full name of Defendant)</span>

<u>4353 East Vineyard Avenue Oxnard, Ventura County, CA 93036</u>
<span style="font-size:smaller">(Defendant's place of work)</span>

Defendant's title or position is  <u>The Honorable Tari L Cody</u>
<span style="font-size:smaller">(Defendant's title or position at place of work)</span>

This Defendant is sued in his/her (check one or both):

☑ individual capacity              ☑ official capacity

This Defendant was acting under color of law because: <u>defendant acted</u>
<u>within scope of her employment to abuse her</u>
<u>discretion and powers of authority to undermine her obligations.</u>

**2.**
<span style="font-size:smaller">Page Number</span>

<span style="font-size:smaller">Civil Rights Complaint Pursuant to U.S.C. § 1983</span>

1   6. Defendant **Ventura County Medical Center** works at
*Insert ¶ #*                          *(full name of Defendant)*

2   **3291 Loma Vista Road Ventura, CA 93003** .

3                          *(Defendant's place of work)*

4

5   Defendant's title or position is **County Hospital of Ventura County** .

6                          *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):

7       ☑ individual capacity            ☑ official capacity

8

9   This Defendant was acting under color of law because **defendants**

10  **acted within scope of their employment and some**

11  **abused their position to aid and abet the other**

12  **defendants in their criminal acts.**

13

14

15

16  7. Defendant **Superior Court of California, County of Ventura** works at

17  *Insert ¶ #*                          *(full name of Defendant)*

18  **800 South Victoria Avenue Ventura, CA 93003-93009** .
                          *(Defendant's place of work)*

19

20  Defendant's title or position is **Hall of Justice** .

21                          *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24      ☑ individual capacity            ☑ official capacity

25  This Defendant was acting under color of law because **defendant acted**

26  **as other defendants, as all other defendants,**

27  **while employed and carrying out their employment**

28  **duties, they abused their position to traffic my family.**

**3.**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

8. 08/06/15 defendants Oxnard Juvenile Justice Complex's The Honorable Tari L Cody assumed rights of ownership over me and my children and by her power and control kept my 4 children in a confidential placement/home abducted and detained.

9. 08/06/2015 same defendants mentioned in paragraph 8 sustained a fraudulent petition (W.I.C. 300 (b)(g)(j)) without properly notifying me, plaintiff of the commencement of the dependency proceedings. Plaintiff was entitled to notice 24 hours in advance w/a copy of the petition attached & defendants failed to properly notify plaintiff.

10. 08/06/2015 - 04/12/2017 Plaintiff and her children are segregated apart from one another, discriminated against, threatened, trafficked, conspired against, and defrauded. Plaintiff has been raped in furtherance of defendants conspiracy to deprive plaintiff of her rights and her children from her and vice versa.

Civil Rights Complaint Pursuant to U.S.C. § 1983

11. 07/27/2015 defendants Ventura County Welfare
*Insert ¶ #*
Department and my youngest daughter's father
coerced plaintiff to sign a document or form while
plaintiff was hospitalized and under heavy pain medication.
07/28/2015 Juliette Giselle Carrillo-Zenteno's
biological birth father deliberately misrepresented
himself on the Voluntary Declaration of Paternity with
malicious intentions that were premeditated by him.

12. 07/27/2015 defendants Ventura County welfare
*Insert ¶ #*
Department and Juliette Giselle's father, intentionally
lied and stated an allegation that Juliette Giselle's
toxicology was positive at the time I gave her birth.
Truth is both Juliette Giselle's and my toxicology
screens were negative for all substances. 08/03/15
and 08/04/15 same defendants held me and my children
hostage in defendants V.C.M.C.'s N.I.C.U.

13. 08/03/15 defendants Ventura County welfare
*Insert ¶ #*
Department threatened to kill me and kidnapped
my 3 older children and held me hostage in V.C.M.C.
N.I.C.U. with my youngest daughter and on
08/04/15 same defendants kidnapped my youngest
child.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

**14**.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

**15**.   Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #*   federal constitutional or statutory civil right:

Violation of my federaly protected constitutional right under the United States Constitution's XIII Amendment and XIV Amendment.

**16**.   The above civil right was violated by the following Defendants:

*Insert ¶ #*

Ventura County Welfare Department, Oxnard Juvenile Justice Complex, Ventura County Medical Center, and Superior Court of California, County of Vta.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

**17**.   My children and I are forced into involuntary

*Insert ¶ #*

servitude under the power and control of defendants Ventura County Welfare Department, Oxnard Juvenile Justice Complex, and Superior Court of California, County of Ventura. Plaintiff The Honorable Tari L Cody and her court officers, also defendants, are detaining my children abducted without justifiable reason, in violation of due process, & denying me my rights to custody.

**18**.   As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #*   was harmed in the following way:

Plaintiff is segregated from her four minor children. Plaintiff has lost her enjoyment of life and made incomplete as a direct cause of defendants.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(2)

*(insert Claim#)*

**19**.  Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

*(List any other legal claim you have that is related to your civil rights claim.)*

**20** . Plaintiff has a claim under 22 U.S.C. § 7102 etseq.

Insert ¶ # for violation of the United States Constitution's IV and V Amendment rights secured to plaintiff and plaintiff's children.

_____

**20**.  Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

Ventura County Welfare Department, Oxnard Juvenile Justice Complex, Ventura County Medical Center, and Superior Court of California, County of Vta.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

**21** . 08/03/15 defendants Ventura County Welfare Department

Insert ¶ # and Ventura County Medical Center held my family hostage to kidnap my children to cause and maintain a proceeding under false pretenses and arresting by false pretenses and threats, plaintiff's minor children and concealing my children, depriving us of our personal liberty to force us to do services for all defendants profits.

**22**.  As a result of the Defendant's violation of the rights giving rise to this

Insert ¶ # claim, Plaintiff was harmed in the following way:

Plaintiff has been segregated from her four minor children, discriminated against because of religious beliefs, forced to do services, and deprived of secured rights.

**7.**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

23. All prior and previous court orders, judgments, decrees, findings, stipulations, waivers, placements, and all recomendations made and/or ordered which concern plaintiff and, and/or her 4 minor children void in null and sealed.

24. an emergency ex-parte injunctive relief, effective immediately, directing the court's marshals to retrieve Jesse Ruiz Carrillo, Jayleen Carrillo, Josue Manuel Carrillo Cervantes, and Juliette Giselle Carrillo-Zenteno, regardless of where they may be & immediately return the foregoing children to Liliana Isabel Odrrillo.

25. an emergency protective order directing the court's Marshals to take custody of Liliana Isabel Carrillo and her four minor children and place them together in a federally protective protected program.

26. an ex-parte order/application for protection from defendants and their accomplices whom threaten to kill plaintiff and her children and are holding her children hostage. Monetary compensation for a total sum of $100,000,000.00

Dated: April 12, 2017

Sign: Liliana Carrillo

Print Name: Liliana Isabel Carrillo

8.

## __DEMAND FOR JURY TRIAL__

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: April 12, 2017

Sign: Liliana Carrillo

Print Name: Liliana Isabel Carrillo

Civil Rights Complaint Pursuant to U.S.C. § 1983

SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA
MINUTE ORDER

CASE NO: J070593          IN THE MATTER OF JAYLEEN CARRILLO
DATE: 09/03/15            TIME:  8:30          DEPT: J1

JURISDICTION AND DISPOSITION; ORIGINAL PETITION FILED ON 08/05/15

Honorable TARI L. CODY, Judge presiding. Clerk: MARTHA LAGANA, Court
Reporter: NICKI MORRIS

DC Advocate present: ANDREW WOLF.

County Counsel present: LINDA STEVENSON.

Human Services Agency represented by CLAUDINE ORTIZ & ROSANNA
SALAZAR.

LILIANA I CARRILLO present with counsel DFA-SUSAN RATZKIN.

Also present: maternal grandfather, paternal aunt

The court finds that the Indian Child Welfare Act does not apply to
minor.

Mother is advised regarding his/her right to a trial.

Mother states that he/she understands and waives his/her rights.

Matter is submitted to the court based upon the report of the social
worker.

Jurisdiction / Disposition Report filed.

THE COURT FINDS/ORDERS:

1st Amended JUVENILE 300 PETN filed 08/31/15 sustained after
uncontested hearing.

Findings and Orders attached/incorporated herein by reference.

Review hearing on 1st Amended JUVENILE 300 PETN filed 08/31/15
Petition filed 08/05/15 re: REVIEW HEARING set for 02/16/16 at  8:30
in courtroom J1

Issue of placement is reserved by mother

Mother's request to be rescreened for drug court is granted

Exhibit A

HEARING RE: PLACEMENT, PATERNITY AND STATUS OF MOTHER'S ENTRY INTO
DRUG COURT set for 10/05/15 at  1:30 in department J1.

Court requests memorandum re status of placement be submitted by
10-05-15

CASA (Court Appointed Special Advocate) appointed for the minor.

--------------------------------------------------------------------------
Case No: J070593   09/03/15

1 | Jesse R Carrillo, et al          *Attachment ER-2.a*

2 | **PARENTS/LEGAL GUARDIANS**

| Name/ Birthdate | Address/ Phone | Relationship/ To Whom |
|---|---|---|
| Liliana L Carrillo 01/19/1990 | 5200 J Street Apt 75 Oxnard, Ca 93030. | Mother/ Jesse R. |
| | | Mother/ Jayleen |
| | | Mother/ Josue M. |
| | | Mother/ Juliette |
| Jesus M. Ruiz 12/17/1987 | Confidential | Father (Alleged)/ Jesse R. |
| Irvin | Unk Unk Unk, CA | Father (Alleged)/ Jayleen |
| | | Father (Alleged)/ Juliette |
| Emanuel Q. Cervantes 12/05/1985 | Unk Unk Unk, CA | Father (Alleged)/ Josue M. |
| Vicente Centeno 07/27/1993 | 1301 Commercial Ave Space 30 Oxnard, Ca 93030 | Father (Alleged)/ Juliette |
| George Correa | Unk Unk Unk, CA | Father (Alleged)/ Juliette |

**OTHERS**

| Name/ Birthdate | Address/ Phone | Relationship/ To Whom |
|---|---|---|
| | | |

**ATTORNEYS**

| Name | Address/ Phone | Representing |
|---|---|---|
| | | |

Detention Report
08/06/2015

*pg. 5 of 7*

2

VENTURA
SUPERIOR COURT
**FILED**

MAY 2 8 2013

MICHAEL D. PLANET
Executive Officer and Clerk
BY:_____, Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF VENTURA

Petitioner  Emanuel Cervantes )
)
)
)
vs. )
)
)
)
Respondent    Liliana Carrillo )
)
)
)
_____ )

Case No: D 354847
Date: May 28, 2013

RECOMMENDATION
re : Custody and Visitation

**Order**
re: Custody and Visitation

The parties have one minor children; Josue Manuel Carrillo Cervantes, born 12-18-2009

## 1.  **LEGAL CUSTODY**

SOLE LEGAL CUSTODY.  Mother shall have sole legal custody of the minor children. In exercising sole legal custody, the following provisions are ordered:

A.   **General Provisions:**  Mother alone has the right and responsibility to make all decisions relating to health, education, and welfare of the children, including but not limited to non-emergency medical treatment, orthodontic care, psychological counseling or treatment, court actions,

1   obtaining a driver's license, legal contracts, change of school, quitting school, special education, and all

2   extracurricular activities.

3   **B.    Emergency Health Care**:  Each party shall be allowed to obtain emergency

4   health care for the children without the consent of the other party.  Each party shall notify the other party

5   as soon as reasonably possible of any illness or injury requiring medical attention or any emergency,

6   medical or otherwise, involving the children.  For purposes of this order it shall be presumed that a party

7   has the ability to inform the other party within one hour of arrival at the medical facility.

8   **C.    Sanctions**:  If a parent acts without obtaining the required consent of the other

9   parent to decisions regarding the minor children, he or she may be subject to being found in contempt of

10   court, and/or the court may change the legal and/or physical custody of the minor children.

11   **D.    Access to Records**:  Both parties shall have access to all records pertaining to the

12   minor children, including, but not limited to, educational, medical, dental, and psychological records,

13   and be permitted to consult independently with any and all professionals involved with the children.

14   Mother and Father shall be listed as authorized persons to receive any such information directly from the

15   school, daycare, doctor, dentist's office, and hospital.  It is not the responsibility of either parent to keep

16   the other informed in these areas, except as otherwise defined herein.  It is each party's responsibility to

17   request school calendars, progress reports, report cards, Parent-Teacher conferences, and IEP meetings

18   directly from appropriate school staff, and to request any medical information, directly from any and all

19   treating physician(s), dentist(s) and/or practitioner(s).  If a child brings home any written notice or

20   communication, the parent who receives it promptly shall provide a copy to the other parent.

21   **E.    General/Emergency Contact Information**:  Each party shall advise any

22   school(s), childcare provider(s), medical practitioner(s), of the name, address, and phone number(s) of

23   the other party in any registration, enrollment, emergency notification cards or other forms in which

24   family information is requested for the minor children.

26   **2. PHYSICAL CUSTODY**

27   The parties shall share physical custody of the minor children in such a way so as to

28   assure the children continuing contact with both parents.  The custodial time share shall be as follows:

A.   **General Provisions**:  Reasonable times as agreed between the parties.  All times not designated with Father, the minor children shall be with Mother.

B.   **Parenting Plan**:

    a.  Father shall have professionally supervised visitation with the minor child three times per week for a maximum of three hours per visit. Days and times are to be mutually agreed upon by the parties and a supervisor.

    b.  Following completion of a residential substance abuse program, Father may have non- professional supervision of the minor child. Father may have custodial time of the minor for an additional day following completion of the program.

## HOLIDAY SCHEDULE

The Holiday Schedule set forth below takes precedence over the Regular Custodial Schedule set forth above and the Vacation Schedule set forth below.  All holidays, special occasions, birthdays not specified herein shall follow the regular ongoing schedule.

    A.   **Child's Birthday**:  The Father shall be with the minor child for two hours with monitored visitation. Times to be mutually agreed upon by the parties and the supervisor.

    B.   **Mother's Day and Father's Day**:  Father may have parenting time for three hours on Father's Day.  Times are to be mutually agreed upon by the parties and the supervisor..

    C.   **Christmas Eve/Day** shall be defined as commencing December 24th at 12:00 noon and ending December 25th at 8:00 p.m.  Father shall have three hours of visitation on either Christmas Eve or Christmas Day.  The parties and supervisor shall mutually agree upon a time.

## SUMMER VACATION

The parties shall maintain the Regular Custodial Schedule.

3.   **OTHER ORDERS**

    A.   **Transportation and Exchanges:**

3

(1)   The children shall be driven only by **licensed and insured drivers.**  Any vehicle used for transportation must have legal child restraint devices (i.e., car seats, seat belts).

(2)   If exchanges do not take place at school, day care, or other activity, transportation for overnight visits shall be provided by the party commencing custodial time with the children, and transportation for non-overnight visits shall be provided by the visiting parent. Father's pick-ups and drip-offs must be in the presence of the visitation supervisor.

(3)   All exchanges are to be made in a peaceful fashion, without argument, sarcastic, or derogatory comments between the parties, and may be made by either the parties themselves or any other designated third party of mutual agreement.  Neither party shall unreasonably withhold agreement to a designated third party adult known to the minor children.

**B.**   **Removal from State**:  Neither party shall remove the minor children from the state of California without prior written notification to, and written consent of, the other party, or a court order, except for prearranged and planned travel or vacations as set forth herein.

**C.**   **Communication**:  All communication between the parties shall be handled by the parties themselves, or a third party of mutual agreement, and never through the use of the minor children.  Other than answering age appropriate questions, neither party is to discuss any aspect of this case with the children.

**D.**   **Daily Health Care**:  Both parties shall provide to the other party any and all medication(s) and doctor's orders prescribed for the minor children at the start of each custodial period. At the end of said period, any unused medication(s) shall be returned with the minor children.

**E.**   **Change of Residence**:   Neither party may relocate the residence of the minor child outside the state of California without court order or written consent.  Neither party shall change the child's primary residence more than fifteen (15) miles from his/her current residence without first getting written permission from the other party or giving other party at least forty-five (45) days written notice to allow time for mediation or a new agreement concerning custody and visitation.   If the move of residence is less than fifteen (15) miles, written notice must be given immediately after the move is known to the moving party, but in any event no less than five (5) days prior to the move.

**F.     Derogatory Comments**:  Neither party shall make, nor knowingly allow anyone else to make, any negative, disparaging, or derogatory comments (including, but not limited to, physical gestures, facial expressions, and/or verbal statements) about the other parent to, or within the hearing of, the minor children.  This shall include, but not be limited to, family members, friends, and/or any other third party in the presence or within the hearing of the minor children.

**G.     Missed Regularly Scheduled Parenting Times**:  There is no requirement that a party be given additional parenting time with the children if he/she misses regularly scheduled parenting times, unless otherwise agreed by the parties.

**H.     Court Papers**:  Other than answering age appropriate questions, neither party is to discuss any aspect of this case with the children and neither party shall knowingly permit any other person (other than a licensed therapist) to discuss any aspect of this case with the children.

**I.     Updated Information**:  Unless a current protective order would be violated, each party shall inform the other of his/her current address and telephone number, place of employment, any school(s) and/or day care provider(s) for the minor children, and shall notify the other, in writing, within TWO DAYS of any changes.

**J.     Extracurricular Enrichment Activities**:   The parties acknowledge that the children will be involved in a broad range of extracurricular enrichment activities.  Unless a restraining order would be violated, each parent is permitted to attend these activities, whether or not it is during the parent's normally scheduled parenting time with the children.  Extracurricular activities that will affect the other party's custodial time must be mutually agreed upon between the parents, but mutual agreement shall not be withheld unreasonably.

**K.     Schedule Activities**:  Neither party shall schedule any activity, such as attendance at birthday parties, weddings, or holiday celebrations, for the minor children that is to occur during the other party's scheduled parenting time without the written agreement of the other party or further court order.

**L.     Special Activity Notification**:  Each party promptly shall notify the other of any planned special activity of the children (such as award ceremonies, performances, and/or competitions) in order to enable the other party to attend.

**M.      Telephone/Mail/E-Mail Communications/Text Messaging:**  The non-custodial parent shall have open telephone, mail, e-mail communications, and text messaging with the minor children during the minor children's normal waking hours.  The custodial parent shall distribute to the children all cards, presents and any other sent communications from the non-custodial parent.  The minor children shall have open telephone, mail, e-mail communication, and text messaging with both parents as desired and neither party shall interfere with the minor children's right to privacy during these communications.  All calls and contacts shall be age-appropriate in both length and content.  Any questions as to what constitutes "age-appropriate" shall be referred to a qualified child development specialist or family counselor of mutual agreement for clarification.

N. Withholding Visitation or Custodial Contact: Neither parent shall withhold visitation or custodial contact from the other parent due to differences of opinion regarding support payments and/or perceived lack of support payments.

**O.      Use of Alcohol or Drugs:**  Father shall not consume alcohol or take any unlawful drug and/or substance, or use any lawful drug not in accordance with valid doctor's prescription, [or use "medical marijuana" with or without a physician recommendation under any circumstance] while a minor child is in his/her custody, care and control, and at least 24 hours prior to the custodial/visitation exchange.   If the other parent suspects that Father is not in compliance with this Order, the other parent shall have the right to request alcohol and/or drug testing and Father shall comply with the request within four (4) hours after the request.  Request of the test shall be confirmed by the other parent by text and telephone call to Mother's cell phone.  Father shall sign any and all releases to ensure that the test results are sent to the other parent and/or attorney and/or Court.  By June 3, 2013, the other party shall select multiple testing facilities open on Monday through Saturday, which observe during testing.  The parent requesting testing shall set up an account so that the parent requesting testing is billed directly for each test (or make other arrangements as required by each testing center for advance payment).  Failure to test shall be considered a positive test.  Should the results of the test be positive, the tested party shall reimburse the other party for the testing fee.

At no time shall either party allow the minor children to be in the close proximity of anyone who is under the influence of an unlawful drug and/or substance, and /or substance, and /or using prescription medication not in accordance with doctor's orders.

If either parent suspects the other parent of being intoxicated, or under the influence of alcohol or drugs at the time of the exchange, law enforcement should be contacted to assist as appropriate, and the exchange may be denied until it is shown that the suspected party is not under the influence of alcohol or other substance.

**P.   Supervised Visitation:** All parenting times with Father shall be supervised by a professional supervision organization.  Following completion of a residential substance abuse program Father's visitation may be supervised by a mutually agreed upon third party. All supervision shall be in conformity with the Supervised Visitation Order (Form FL-341(A)) attached hereto, and shall also be performed in accordance with the Uniform Standards of Practice for Providers of Supervised Visitation, a copy of same is also attached hereto.  If supervision is to be by any person other than a professional supervision organization, then the proposed supervisor shall be provided with a copy of this Order and with the Uniform Standards of Practice for Providers of Supervised Visitation, and the proposed supervisor shall review same and date and sign a copy of the Uniform Standards reflecting that he/she agrees to be bound by its provisions.  Each party shall have a copy of the Uniform Standards of Practice for Providers of Supervised Visitation signed by the non-professional supervisor.

**The Parties were unable to agree on all matters to resolve their differences regarding a Parenting Plan for their children, so the foregoing recommendations are made to assist the Court in that task.**

I declare under penalty of perjury that the above represents my recommendation dated this 28th day of May, 2013.

Kelly L. Anderson, M.A., MFT-I
Child Custody Recommending Counselor

7

1   ///

2   ///

3   ///

4   ///

5       Pursuant to Family Code Section 3048, this Court finds as follows:

6               (1)    This Court has jurisdiction to make orders regarding child custody under the

7   Uniform Child Custody Jurisdiction and Enforcement Act.

8               (2)    Notice and opportunity to be heard were given to the responding

9   party/parties as provided by the laws of the State of California.

10              (3)    The custody and visitation rights of each party are set forth herein.

11              (4)    A violation of this order may subject the party in violation to civil or

12  criminal penalties, or both.

13              (5)    The country of habitual residence of the children is the United States of

14  America.

15

16

17                              **ORDER**

18

19          To the extent that there are areas of non-agreement, the Court now adopts the recommendation of

20  the Child Custody Recommending Counselor as to those areas of non-agreement and makes those

21  Recommendations the Order of the Court.

22

23

24  Dated May 28, 2013

                                    _____
25                                  Judge of the Superior Court

26

27

28

8

FL-341(A)

| PETITIONER / PLAINTIFF: *Emanuel Cervantes* | CASE NUMBER: |
|---|---|
| RESPONDENT / DEFENDANT: *Liliana Carrillo* | *D 35 4847* |

## SUPERVISED VISITATION ORDER
### Attachment to *Child Custody and Visitation Order Attachment* (form FL-341)

1. Evidence has been presented in support of a request that the contact of ☒ Petitioner ☐ Respondent   with the child(ren) be supervised based upon allegations of
   ☐ abduction of child(ren)   ☐ physical abuse   ☒ drug abuse   ☒ neglect
   ☐ sexual abuse   ☐ domestic violence   ☐ alcohol abuse   ☐ other *(specify)*:

   ☐ Petitioner ☐ Respondent   disputes these allegations and the court reserves the findings on these issues pending further investigation and hearing or trial.

2. The court finds under Family Code section 3100 that the best interest of the child(ren) requires that visitation by
   ☐ Petitioner ☐ Respondent   must, until further order of the court, be limited to contact supervised by the person(s) set forth in item 6 below pending further investigation and hearing or trial.

THE COURT MAKES THE FOLLOWING ORDERS

3. **CHILD(REN) TO BE SUPERVISED**

| Child's name | Birth date | Age | Sex |
|---|---|---|---|
| *Josue Manuel Carrillo-Cervantes* | *12-18-2009* | *3* | *M* |

4. **TYPE**
   a. ☒ Supervised visitation   b. ☐ Supervised exchange only   c. ☐ Therapeutic visitation

5. **SUPERVISED VISITATION PROVIDER**
   a. ☒ Professional (individual provider or supervised visitation center)   b. ☐ Nonprofessional

6. **AUTHORIZED PROVIDER**   *Following successful completion of substance abuse residential program - non-professional supervisor.*

| Name | Address | Telephone |
|---|---|---|
| *ANY PROFESSIONAL SUPERVISOR* | | |

   ☐ Any other mutually agreed-upon third party as arranged.

7. **DURATION AND FREQUENCY OF VISITS** *(see form FL-341 for specifics of visitation)*:

8. **PAYMENT RESPONSIBILITY**   Petitioner: *100* %   Respondent: _____%

9. ☐ Petitioner will contact professional provider or supervised visitation center no later than *(date)*:
   ☐ Respondent will contact professional provider or supervised visitation center no later than *(date)*:

10. **THE COURT FURTHER ORDERS**

Date: **MAY 2 8 2013**

_____
JUDICIAL OFFICER

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FL-341(A) [Rev. January 1, 2003]

**SUPERVISED VISITATION ORDER**

American LegalNet, Inc.
www.USCourtForms.com

Family Code, §§ 3100, 3031
www.courtinfo.ca.gov

County of Ventura Adult & Children Family Services
Condado de Ventura, Departamento de Servicios para Niños y Familias

| Team Decision Making Action Plan/ Plan de Acción para Tomar Decisiones en Equipo |
|---|

Date/Fecha: _____

Family Name/Nombre de familia:
Carrillo

Social Worker/Trabajador social:
Patricia Mata

Supervisor(a): _____

TDM Facilitator/Facilitador:
Marissa Rios

Child(ren) discussed at meeting/
Menor(es) examinado(s) en la junta:

| | DOB: |
|---|---|
| Jesse Carrillo | DOB: |
| Esther Carrillo | DOB: |
| Ivis Rodriguez | DOB: |
| Jaretsi Carrillo | DOB: |
| | DOB: |
| | DOB: |

Situation that prompted meeting/ Circunstancias
que se dieron para llevar a cabo la junta:
Child been positive or
Meth Child still w/ Mom

Purpose of meeting/ Propósito de la junta
- ☐ Emergency placement/ Colocación de emergencia
- ☒ Imminent risk of placement/ Colocación de riesgo inminente
- ☐ Placement change/Cambio de colocación
- ☐ Permanency Planning/ Planificación de permanencia
- ☐ Follow-up TDM/ Seguimiento al TDM

Decisions resulting from the meeting/ Decisiones resultantes de la junta:
Placement: Foster R. remain          Custody: _____
Colocación: w/ Children at          Custodia: _____
this time

Action Steps/ Medidas de Acción:

| Who/Quién | What/Qué | When/Cuándo |
|---|---|---|
| Patricia Sin | David Liliana Ivis & M drug treatment | 8/3/15 |
| Liliana | call drug treatment | 8/3/15 |
| Patricia Sul | discuss possible | 8/6/15 |
| Liliana | relative placement | |
| Liliana | Explore divorce | 8/7/15 |
| Liliana | proceedings status | |

Signature of participants/ Firma de los participantes:

_____          Giselle Carrillo
_____          _____
_____          _____
Marissa Rios   Annette Interpreter   _____

*Signature does not imply agreement with recommendation, only with Action Plan*
*Su firma no implica estar de acuerdo con la recomendación, únicamente con el Plan de Acción*
56-12-210 12/2010
Distribution: Original-case file  Copy- Action Plan Binder  Copy-All TDM meeting participants

County of Ventura, Adult, Children and Family Services
Team Decision Making/Family Decision Making meeting
Attendance and Statement of Confidentiality
(Must be signed by all participants)

Child's Name:

| | | Date of Birth: |
|---|---|---|
| 1. | Jesse Carrillo | 1/02/2007 |
| 2. | Jayleen Carrillo | 6/24/2008 |
| 3. | Josue Cervantes/Carrillo | 12/18/2009 |
| 4. | Juliette Carrillo | 7/25/2015 |
| 5. | *Liliana Carrillo* 5/23/16 (*not present*) | |

I have been advised and understand that the information provided by Children and Family Services (CFS) at this Team Decision Making (TDM) or Family Decision Making (FDM) meeting is confidential under Federal and California law. This means the information shared by CFS is private and cannot be shared outside this meeting. Confidentiality in California is established by sections 827 and 10850 of the Welfare and Institutions Code and is designed to protect the privacy rights of the child.

I understand and agree that by signing this statement of confidentiality and attending the TDM or FDM I will maintain the confidentiality of the information shared at the meeting. I will not discuss or repeat information from this meeting with other individuals unless authorized by law, or the information is deemed necessary by the court to make appropriate orders in this case. I understand the Juvenile Court can order me to disclose information shared at the TDM/FDM. I understand that if I do not sign this statement, I will be unable to participate in the meeting.

I have been notified that CFS staff and/or mandated reporters participating in the TDM/FDM will not maintain the confidentiality of certain information such as: new allegations of child abuse and neglect; threats of death or harm to oneself or another;or new allegations of elder abuse.

Participant's Name:

| | | Agency /relationship to child |
|---|---|---|
| 1. | Lilliana Carrillo | Mother |
| 2. | Vicente Zenteno | Father (Juliette) |
| 3. | Martha Carrillo | Maternal Grandmother |
| 4. | Jesus Ruiz | Father (Jesse) |
| 5. | Emanuel Cervantes | Father (Josue) |
| 6. | Patricia Mora | Social Worker |
| 7. | Paty Peralta | Supervisor |
| 8. | Anitta Talley | PALS |
| 9. | Raul Zapata | Kids & Families Together |
| 10. | Jennifer Brizida | Social Worker |
| 11. | Esme Torres | Safe Care Home Visitor |
| 12. | Avi Ranal | Interpreter |
| 13. | Gissele J Carrillo | |
| 14. | | |

Facilitator: Melissa Villar                   Date: 8/3/15

Form # 56-12-208 Revised Sept 06 TDM Confidentiality

1

1     THE COURT:  And she's told you that?

2     THE MOTHER:  Yes.

3     THE COURT:  Have you asked her to continue to represent

4     you?

5     THE MOTHER:  Yes.

6     THE COURT:  Okay.  Is there anything else you want to

7     tell me about why you think I should appoint you a new

8     attorney?

9     THE MOTHER:  It's better -- best for me and for my

10    children if I have somebody that will adequately advocate for

11    us.

12    THE COURT:  Tell me why you think that hasn't happened.

13    THE MOTHER:  She has not wanted to present you evidence

14    that I have on my behalf or provide me with support or

15    resources.  Or any questions that I ask for an opinion or on

16    forms, she has not provided the assistance that...

17    THE COURT:  Can you be more specific?  I need to know

18    more than just generalities.  I need to know specifics.

19    For example, what evidence do you think I should

20    have been given that I wasn't that Ms. Ratzkin told you she

21    would not present to me?

22    THE MOTHER:  Juliette, when she was born she didn't test

23    positive.  She tested negative.

24    THE COURT:  I knew that.  That's in the reports.

25    Is there anything else?

26    THE MOTHER:  The social workers are stating lie after lie

27    after lie.  They have changed my children's names on the

28    forms.  They didn't provide any services prior to the removal.

**CAD Narrative**

10/15/2016 : 17:24:18 ps\roger.garcia Narrative: RP CONTACTED AND ADVISED SHE WAS THE VICTIM OF A 422/207 LAST YEAR. RP STATED THE DP WAS CPS SOCIAL WORKER. I SPOKE WITH CPS WORKER PATRICIA MORA WHO ADVISED CPS DID TAKE AWAY RP'S CHILDREN DUE TO RP BEING AN UNFIT MOTHER. I ADVISED RP TO FOLLOW UP WITH CPS TO GET FURTHER INFO ABOUT OBTAINING CUSTODY. EMAIL SENT TO BEAT TEAM
10/15/2016 : 16:52:07 ps\nicole.crisostomo Narrative: 42C CARILLO LILIANA 011990 E1696240
10/15/2016 : 15:24:28 ps\kyrstin.soria Narrative: REF POSS FORGERY AND EXTORTION DP: PATRICIA MORA RP ADV THIS IS AN ON GOING ISSUE FOR THE LAST YEAR AND HAS OCCURED IN OXNARD AND VENTURA. RP ADV SHE HAS ALREADY REPORTED ISSUES TO VPD.



## CHILDREN

| Name | Date Of Birth | Age | Sex | Court Number |
|------|---------------|-----|-----|--------------|
| Jesse R Carrillo<br>1452-2119-8424-3011335 | 01/02/2007 | 8 y | M | J070592 |
| Josue M Cervantes | 12/18/2009 | 5 y | M | J070594 |
| Juliette Carrillo | 07/25/2015 | 1 m | F | J070595 |
| Jayleen Carrillo | 06/24/2008 | 7 y | F | J070593 |

## CASE PLAN GOAL

| Name | Case Plan Goal | Projected Completion Date | Projected Date For Termination Of Child Welfare Services |
|------|----------------|---------------------------|----------------------------------------------------------|
| Jesse R Carrillo | Remain Home | | |
| Josue M Cervantes | Return Home | 03/03/2016 | |
| Juliette Carrillo | Return Home | 03/03/2016 | |
| Jayleen Carrillo | Return Home | 03/03/2016 | |
| | Return Home | 03/03/2016 | |

## CASE PLAN SERVICE OBJECTIVES AND CLIENT RESPONSIBILITIES

### Liliana I Carrillo

#### SERVICE OBJECTIVES

Projected Completion Date

1. **Stay free from illegal drugs and show your ability to live free from drug dependency. Comply with all required drug tests.**

   03/03/2016

   Description

   The parent will refrain from all drug use unless prescribed by a licensed physician in the State of California. The parent shall obtain prescription medications from only one doctor and one dentist. The parent shall seek non-narcotic methods of treatment to address pain management and/or prior injury.

2. **Develop positive support systems with friends and family.**

   03/03/2016

   Description

   The parent will develop a Family Crisis Plan which includes a positive support system person, a responsible adult outside the home who can care for the children in the event of crisis, a back-up plan for another safe environment, and access to telephone numbers to 24 hour community support services.

3. **Pay attention to and monitor your child(ren)'s health, safety, and well-being.**

   03/03/2016

   Description

   The parent will participate in doctor appointments, school meetings and counseling as recommended for the child so long as it is not disruptive and beneficial to the child.

appropriate.

## CLIENT RESPONSIBILITIES

| Activity | Times | Freq. | Completion Date | Provider | Wrap |
|---|---|---|---|---|---|

**Counseling/Mental Health Services**

1.    General Counseling                             03/03/2016

Description
The child was screened for mental health services on 08/28/2015.  A recommendation was provided to VCBH regarding the child's participation in counseling services. VCBH shall coordinate such services should VCBH determine the child is in need of specialty mental health services.

**Health/CHDP Services**

1.    HEP - CHDP Physical Exam                    03/03/2016

Description
The child will remain up to date with all CHDP exams and immunizations as required.

2.    HEP - Periodic Dental Exam      1      Every 6   03/03/2016
                                                Months

Description
The child will remain up to date with all CHDP dental exams and procedures as required.

## Juliette Carrillo

| SERVICE OBJECTIVES | Projected Completion Date |
|---|---|

1.    **Receive age appropriate, child oriented services.**                    03/03/2016

Description
The child shall receive age-appropriate services that are recommended by service professionals.  The child was screened for mental health issues on 08/28/2015 and shall be assessed and/or referred for specialty mental health services by VCBH, if deemed appropriate.

## CLIENT RESPONSIBILITIES

| Activity | Times | Freq. | Completion Date | Provider | Wrap |
|---|---|---|---|---|---|

**Counseling/Mental Health Services**

1.    General Counseling                             03/03/2016

Description
The child was screened for mental health services on 08/28/2015.  A recommendation was provided to VCBH regarding the child's participation in counseling services. VCBH shall coordinate such services should VCBH determine the child is in need of specialty mental health services.

**Health/CHDP Services**

1.    HEP - CHDP Physical Exam                    03/03/2016

Description
The child will remain up to date with all CHDP exams and immunizations as required.

Jayleen Carrillo

| SERVICE OBJECTIVES | Projected Completion Date |
|---|---|
| **1. Receive age appropriate, child oriented services.** | 03/03/2016 |

Description

The child shall receive age-appropriate services that are recommended by service professionals. The child was screened for mental health issues on 08/28/2015 and shall be assessed and/or referred for specialty mental health services by VCBH, if deemed appropriate.

## CLIENT RESPONSIBILITIES

| Activity | Times | Freq. | Completion Date | Provider | Wrap |
|---|---|---|---|---|---|

**Counseling/Mental Health Services**

1. General Counseling — 03/03/2016

Description

The child was screened for mental health services on 08/28/2015. A recommendation was provided to VCBH regarding the child's participation in counseling services. VCBH shall coordinate such services should VCBH determine the child is in need of specialty mental health services.

**Health/CHDP Services**

1. HEP - CHDP Physical Exam — 03/03/2016

Description

The child will remain up to date with all CHDP exams and immunizations as required.

2. HEP - Periodic Dental Exam — 1 — Every 6 Months — 03/03/2016

Description

The child will remain up to date with all CHDP dental exams and procedures as required.

---

## VISITATION SCHEDULE

## CHILD(REN) - PARENT(S)/GUARDIAN(S) VISITATION

**Liliana I Carrillo , Josue M Cervantes , Jayleen Carrillo , Juliette Carrillo , Jesse R Carrillo**

| Method | Times | Frequency | Beginning Date | Provider |
|---|---|---|---|---|
| In-Person | 1 | Weekly | 09/03/2015 | |

Description

The Human Services Agency shall facilitate visitation between the parent and the children so long as it remains in the best interests of the children.

The Human Services Agency has the discretion to liberalize visitation from supervised to monitored/unsupervised/overnight/weekends/ to a period not to exceed 60 days based upon satisfactory case plan compliance.

**Emanuel Q Cervantes , Josue M Cervantes**

| Method | Times | Frequency | Beginning Date | Provider |
|---|---|---|---|---|
| In-Person | 1 | Weekly | 09/03/2015 | |

Description

The Human Services Agency shall facilitate visitation between the parent and the children so long as it remains in the best interests of the children.

The Human Services Agency has the discretion to liberalize visitation from supervised to monitored/unsupervised/overnight/weekends/ to a period not to exceed 60 days based upon satisfactory case plan compliance.

**Vicente Zenteno , Juliette Carrillo**

| Method | Times | Frequency | Beginning Date | Provider |
|---|---|---|---|---|
| In-Person | 1 | Weekly | 09/03/2015 | |

Description

The Human Services Agency shall facilitate visitation between the parent and the children so long as it remains in the best interests of the children.

The Human Services Agency has the discretion to liberalize visitation from supervised to monitored/unsupervised/overnight/weekends/ to a period not to exceed 60 days based upon satisfactory case plan compliance.

## AGENCY RESPONSIBILITIES

## CASE MANAGEMENT SERVICES

1. Referrals to Community Resources

| For Whom | Beginning Date | Provider | Wrap |
|---|---|---|---|
| Jesse R Carrillo, Jayleen Carrillo, Josue M Cervantes, Juliette Carrillo, Emanuel Q Cervantes, Jesus M Ruiz, Liliana I Carrillo, Vicente Zenteno | 09/03/2015 | Assigned SW | |

Description

The assigned social worker shall provide referrals to ensure compliance with case plan requirements as requested or needed.

## CONCURRENT SERVICES PLANNING

## Permanency Alternative / Concurrent Planning Goal

| For Whom | Concurrent Planning Goal |
|---|---|
| Jesse R Carrillo | N/A |
| Josue M Cervantes | Adoption |
| Juliette Carrillo | Adoption |
| Jayleen Carrillo | Adoption |

## CONTACT SCHEDULE

### SOCIAL WORKER – CHILD CONTACTS

**Jesse R Carrillo , Juliette Carrillo , Jayleen Carrillo , Josue M Cervantes**

| Method | Times | Frequency | Beginning Date | Provider |
|---|---|---|---|---|
| In-Person | 1 | Monthly | 09/03/2015 | Assigned SW |

**Description**
The Social Worker shall maintain monthly in person contact with the child to ensure safety and wellbeing in the home.

### SOCIAL WORKER – PARENT(S)/GUARDIAN(S) CONTACTS

**Liliana I Carrillo**

| Method | Times | Frequency | Beginning Date | Provider |
|---|---|---|---|---|
| In-Person | 1 | Monthly | 09/03/2015 | Assigned SW |

**Description**
The assigned social worker shall maintain monthly in-person contact with the parent to ensure the continued participation in case plan services. The parent shall be offered additional resources as needed.

**Jesus M Ruiz**

| Method | Times | Frequency | Beginning Date | Provider |
|---|---|---|---|---|
| In-Person | 1 | Monthly | 09/03/2015 | Assigned SW |

**Description**
The assigned social worker shall maintain monthly in-person contact with the parent to ensure the continued participation in case plan services. The parents shall be offered additional resources as needed.

**Emanuel Q Cervantes**

| Method | Times | Frequency | Beginning Date | Provider |
|---|---|---|---|---|
| In-Person | 1 | Monthly | 09/03/2015 | Assigned SW |

**Description**
The assigned social worker shall maintain monthly in-person contact with the parent to ensure the continued participation in case plan services. The parent shall be offered additional resources as needed.

**Vicente Zenteno**

| Method | Times | Frequency | Beginning Date | Provider |
|---|---|---|---|---|
| In-Person | 1 | Monthly | 09/03/2015 | Assigned SW |

**Description**
The assigned social worker shall maintain monthly in-person contact with the parent to ensure the continued participation in case plan services. The parent shall be offered additional resources as needed.

## SOCIAL WORKER – CARE PROVIDER CONTACTS

| Method | Times | Frequency | Beginning Date | Provider |
|--------|-------|-----------|----------------|----------|
| In-Person | 1 | Monthly | 09/03/2015 | Assigned SW |

**Description**

The assigned social worker shall maintain monthly in-person contact with the children's substitute care provider to ensure the continued appropriateness and stability of the placement. The provider shall be offered additional resources as needed.

# ACKNOWLEDGMENT OF PARENT(S)/GUARDIAN(S)

## IN SIGNING THIS CASE PLAN, I ACKNOWLEDGE THAT I:

- Participated in the case plan development.
- Agree to participate in the services outlined in this case plan.
- Received a copy of this case plan.

SIGNATURE OF MOTHER/GUARDIAN                                    DATE

*Vicente Zenteno*                                              *9-9-2015*
SIGNATURE OF FATHER/GUARDIAN                                    DATE

SIGNATURE OF OTHER                                             DATE

SIGNATURE OF OTHER                                             DATE

NON-SIGNATURE EXPLANATION

SIGNATURE OF INTERPRETER (1)                                    DATE

SIGNATURE OF INTERPRETER (2)                                    DATE

*Rosanna Salazar, MSW, CMSWIV*                                 *09/11/2015*
Rosanna Salazar        VE 09H/Salazar        (805) 654-3402      DATE
SOCIAL WORKER          Caseload              Phone Number

*Lara Powers for K. D'Inca*                                    *9-01-15*
Kathy D'Inca                              (805) 289-1980        DATE
SUPERVISOR                                Phone Number

FL-935

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)* or GOVERNMENTAL AGENCY: | FOR COURT USE ONLY |
|---|---|
| Liliana CARRILLO<br>2144 LANGLEY STREET<br>OXNARD, CA 93033<br><br>TELEPHONE NO. *(Optional):*          FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | VENTURA<br>SUPERIOR COURT<br>FILED<br><br>APR - 6 2007<br><br>MICHAEL D. PLANET<br>Executive Officer and Clerk<br>By:_____, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **VENTURA**
STREET ADDRESS: 800 SOUTH VICTORIA AVE.,
MAILING ADDRESS: 800 SOUTH VICTORIA AVE.,
CITY AND ZIP CODE: VENTURA, CA 93009
BRANCH NAME: HALL OF JUSTICE
CHILD'S NAME: LILIANA CARRILLO

PETITIONER: LILIANA CARRILLO

RESPONDENT: JESUS RUIZ

OTHER PARENT: LILIANA CARRILLO

| APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM OF MINOR—FAMILY LAW<br>[X] EX PARTE | CASE NUMBERS:<br>D 321065 |
|---|---|

**NOTE:** This form is for use in family law proceedings with the exception of dissolution proceedings. For appointment of a guardian ad litem in civil proceedings, use form 982(a)(27). For appointment of a guardian ad litem in probate proceedings, use form DE-350/GC-100.

1. I *(name):* MARTHA CARRILLO                                                    am the
   a. [ ] attorney for:
      (1) [ ] minor.
      (2) [ ] parent of the minor.
      (3) [ ] other interested person *(specify name and relationship):*
   b. [X] parent of the minor.
   c. [ ] other interested person.
   d. [X] minor *(answer all that apply to you):*
      (1) My date of birth is *(specify):* 01/19/1990
      (2) I live with my [X] mother [ ] father [ ] legal guardian [ ] other *(specify name and relationship):*
      (3) My mother's name is *(specify):* MARTHA CARRILLO
          2144 LANGLEY STREET, OXNARD, CA 93033          , and her address is:
      (4) My father's name is *(specify):* CARLOS MAGALLON
          UNKNOWN                                       , and his address is:
      (5) [ ] I have a legal guardian. My legal guardian's name is *(specify):*          , and his
          or her address is:
          The guardianship was established in:          County, case no. *(if known):*
      (6) [ ] I am a dependent child of the juvenile court of:          County, case no. *(if known):*
      (7) [ ] I am a ward of the juvenile court of:          County, case no. *(if known):*

2. I ask the court to appoint the following person as guardian ad litem for the minor *(state name, address, and telephone no.):*
   MARTHA CARRILLO
   2144 LANGLEY STREET, OXNARD, CA 93033

3. The relationship of the person listed in item 2 to the minor is
   a. [X] parent
   b. [ ] other *(specify):*

4. Appointment of a guardian ad litem is necessary because *(specify):* I AM A MINOR AND I HAVE A BABY. I WILL BE FILING PAPERS FOR PARENTAGE, CUSTODY, VISITATION, AND CHILD SUPPORT.

[ ] Continued on Attachment 4 *(describe in detail, attach additional pages if necessary).*

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
FL-935 [New January 1, 2004]

**APPLICATION AND ORDER FOR APPOINTMENT OF
GUARDIAN AD LITEM OF MINOR—FAMILY LAW**

Code of Civil Procedure, § 373;
Family Code, § 7635

© 2002 MMACORP   www.atforms.com

| | |
|---|---|
| CHILD'S NAME: LILIANA CARRILLO<br>PETITIONER: LILIANA CARRILLO<br>RESPONDENT: JESUS RUIZ<br>OTHER PARENT: | CASE NUMBERS: |

5. The proposed guardian ad litem is fully competent to understand and protect the rights of the minor and has no interest conflicting with that of the minor.

Date: 04/06/07

LILIANA CARRILLO
(TYPE OR PRINT NAME)

► *Liliana Carrillo*
(SIGNATURE OF APPLICANT)

## CONSENT TO ACT AS GUARDIAN AD LITEM

I consent to the appointment as guardian ad litem, and agree to assume the responsibilities.

Date: 04/06/07

MARTHA CARRILLO
(TYPE OR PRINT NAME)

► *Martha Carrillo*
(SIGNATURE OF PROPOSED GUARDIAN)

## CONSENT TO GUARDIAN BY MINOR 14 YEARS OF AGE OR OLDER

I, (name): LILIANA CARRILLO , am (specify age): 17 years of age and hereby nominate (name): MARTHA CARRILLO to be my guardian ad litem to represent my interests for the reasons set forth in items 4 and 5 of this application.

Date: 04/06/07

LILIANA CARRILLO
(TYPE OR PRINT NAME)

► *Liliana Carrillo*
(SIGNATURE OF PETITIONER)

## ORDER   [X] EX PARTE

**THE COURT FINDS**

It is reasonable and necessary to appoint a guardian ad litem for the person named in the application, as requested above.

**THE COURT ORDERS** that (name): MARTHA CARRILLO is hereby appointed guardian ad litem of (name): LILIANA CARRILLO for the purposes hereinabove set forth in item 4 of the petition.

Application for an Appointment of Guardian ad Litem filed (date):
a. ☐ is denied.
b. [X] is granted.
c. ☐ is set for hearing on (date): at (time):

Date: April 6, 2007

► *Henry Welsh*
JUDICIAL OFFICER
☐ SIGNATURE FOLLOWS LAST ATTACHMENT

FL-935 [New January 1, 2004]   **APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM OF MINOR—FAMILY LAW**   Page 2 of 2

© 2002 MMACORP   www.atforms.com

FL-190

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Liliana Carrillo
2144 Langley St.
Oxnard CA, 93033

TELEPHONE NO.:                        FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:

MAILING ADDRESS: COUNTY OF VENTURA
800 S. VICTORIA AVE.
CITY AND ZIP CODE: VENTURA, CA 93009

BRANCH NAME:

PETITIONER: Liliana Carrillo

RESPONDENT: Jesus Ruiz

**NOTICE OF ENTRY OF JUDGMENT**

VENTURA
SUPERIOR COURT
**FILED**

JUN - 7 2007

MICHAEL D. PLANET
Executive Officer and Clerk

BY: Ava Cowden , Deputy

CASE NUMBER:
D321065

You are notified that the following judgment was entered on *(date):*   JUN - 7 2007

1. ☐ Dissolution
2. ☐ Dissolution—status only
3. ☐ Dissolution—reserving jurisdiction over termination of marital status or domestic partnership
4. ☐ Legal separation
5. ☐ Nullity
6. ☒ Parent-child relationship
7. ☐ Judgment on reserved issues
8. ☐ Other *(specify):*

Date:   JUN - 7 2007

**MICHAEL D. PLANET**

Clerk, by ___Ava Cowden___ , Deputy

**—NOTICE TO ATTORNEY OF RECORD OR PARTY WITHOUT ATTORNEY—**

Under the provisions of Code of Civil Procedure section 1952, if no appeal is filed the court may order the exhibits destroyed or otherwise disposed of after 60 days from the expiration of the appeal time.

| **STATEMENT IN THIS BOX APPLIES ONLY TO JUDGMENT OF DISSOLUTION** |
|---|
| Effective date of termination of marital or domestic partnership status *(specify):* |
| **WARNING: Neither party may remarry or enter into a new domestic partnership until the effective date of the termination of marital or domestic partnership status, as shown in this box.** |

**CLERK'S CERTIFICATE OF MAILING**

I certify that I am not a party to this cause and that a true copy of the *Notice of Entry of Judgment* was mailed first class, postage fully prepaid, in a sealed envelope addressed as shown below, and that the notice was mailed

at *(place):* VENTURA _____ , California, on *(date):* JUN - 7 2007

Date: JUN - 7 2007         **MICHAEL D. PLANET**

Clerk, by ___Ava Cowden___ , Deputy

| Name and address of petitioner or petitioner's attorney | Name and address of respondent or respondent's attorney |
|---|---|
| Liliana Carrillo<br>2144 Langley St.<br>Oxnard CA, 93033 | Jesus Ruiz<br>651 Geranium Pl.<br>Oxnard CA, 93033 |

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>FL-190 [Rev. January 1, 2005] | **NOTICE OF ENTRY OF JUDGMENT**<br>**(Family Law—Uniform Parentage—Custody and Support)** | Family Code, §§ 2338, 7636,7637<br>www.courtinfo.ca.gov<br><br>American LegalNet, Inc.<br>www.USCourtForms.com |
|---|---|---|

FL-230

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Liliana Carrillo<br>2144 Langley St.<br>Oxnard CA, 93033<br>TELEPHONE NO:                    FAX NO:<br>ATTORNEY FOR (Name): | VENTURA<br>SUPERIOR COURT<br>**FILED**<br><br>JUN - 7 2007<br><br>MICHAEL D. PLANET<br>Executive Officer and Clerk<br>BY: Va Cowden, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: COUNTY OF VENTURA
MAILING ADDRESS: 800 S. VICTORIA AVE.
CITY AND ZIP CODE: VENTURA, CA 93009
BRANCH NAME:

PETITIONER: Liliana Carrillo

RESPONDENT: Jesus Ruiz

| DECLARATION FOR DEFAULT OR UNCONTESTED JUDGMENT | CASE NUMBER:<br>D321065 |
|---|---|

1. I declare that if I appeared in court and were sworn, I would testify to the truth of the facts in this declaration.
2. I request that proof will be by this declaration and that I will not appear before the court unless I am ordered by the court to appear.
3. All the information in the ☒ Petition or Complaint to Establish Parental Relationship ☐ Response or Answer
   ☐ Petition to Establish Custody and Support ☐ Response is true and correct.
4. ☒ Respondent and/or ☒ Petitioner is/are the parent(s) of the minor child(ren).
5. A Voluntary Declaration of Paternity form ☐ has ☐ has not been signed regarding this child (attach a copy if available).
6. DEFAULT OR UNCONTESTED (Check a or b)
   a. ☒ The default of the respondent was entered or is being requested, and I am not seeking any relief not requested in the petition. **OR**
   b. ☐ The parties have stipulated that the matter may proceed as an uncontested matter without notice, and the stipulation is attached.
7. ☒ CHILD SUPPORT should be ordered as set forth in the proposed Judgment (form FL-250).
   a. ☐ Petitioner ☐ Respondent is presently receiving public assistance (TANF); thus all support should be made payable to the local child support agency at (specify address):

   b. NOTE: If a support order is requested, submit a completed *Income and Expense Declaration* (form FL-150), or *Financial Statement (Simplified)* (form FL-155), unless a current form is on file. Include your best estimate of the other party's gross monthly income.
8. ☐ ATTORNEY FEES should be ordered as set forth in the proposed Judgment (form FL-250).
9. ☒ CHILD CUSTODY should be ordered as set forth in the proposed Judgment (form FL-250).
10. ☒ CHILD VISITATION should be ordered as set forth in the proposed Judgment (form FL-250).
11. ☐ REASONABLE EXPENSES OF PREGNANCY AND BIRTH should be ordered as set forth in the proposed Judgment (form FL-250).
12. ☐ NAMES OF THE CHILDREN should be changed as set forth in the proposed Judgment (form FL-250).

13. This declaration may be reviewed by a commissioner sitting as a temporary judge who may determine whether to grant this request or require my appearance.
14. I have read and understand the Advisement and Waiver of Rights Re: Establishment of Parental Relationship (form FL-235), which is signed and attached to this declaration.
15. ☐ Other (specify):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 5.9.07

| Liliana Carrillo | Liliana Carrillo |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

Form Adopted for Mandatory Use<br>Judicial Council of California<br>FL-230 [Rev. January 1, 2003]

**DECLARATION FOR DEFAULT OR UNCONTESTED JUDGMENT**
(Uniform Parentage, Custody and Support)

Family Code, §§ 7600, 3120,<br>3900 et seq<br>www.courtinfo.ca.gov.

Page 1 of 1

**FL-235**

| | |
|---|---|
| PETITIONER: Liliana Carrillo | CASE NUMBER: |
| RESPONDENT: Jesus Ruiz | D321065 |

## ADVISEMENT AND WAIVER OF RIGHTS RE: ESTABLISHMENT OF PARENTAL RELATIONSHIP

1. **RIGHT TO BE REPRESENTED BY A LAWYER.** I understand that I have the right to be represented by a lawyer of my own choice at my own expense. If I cannot afford a lawyer I can contact the Lawyer Referral Association of the local bar association or the Family Law Facilitator for assistance.

2. **RIGHT TO A TRIAL.** I understand that I have a right to have a judge determine whether I am the parent of the children named in this action.

3. **RIGHT TO CONFRONT AND CROSS-EXAMINE WITNESSES.** I understand that in a trial I have the right to confront and cross-examine the witnesses against me and to present evidence and witnesses in my own defense.

4. **RIGHT TO HAVE PARENTAGE TESTS.** I understand that, where the law permits, I have the right to have the court order parentage tests. The court will decide who pays for the tests. The court could order that I pay none, some, or all of the costs of the tests.

5. **OBLIGATIONS.** I understand that if I admit that I am the parent of the children in this action that those children will be my children for legal purposes.

6. **WAIVER.** I understand that I am admitting that I am the parent of the children named in the stipulation and am giving up the rights stated above (except the right to an attorney if I have an attorney).

7. **CHILD SUPPORT.** I understand that I will have the duty to contribute to the support of the children named in this action and that this duty of support will continue for each child until the obligation is terminated by law.

8. **CRIMINAL NON-SUPPORT.** I understand that if I willfully fail to support the children, criminal proceedings may be initiated against me.

9. **UNDERSTANDING.**
   a. ☒ I have read and understand the *Judgment (Uniform Parentage—Custody and Support)* (form FL-250) and this *Advisement and Waiver of Rights.*
   b. ☐ I understand the translation.

| IF I AM REPRESENTED BY AN ATTORNEY, I ACKNOWLEDGE THAT MY ATTORNEY HAS READ AND EXPLAINED TO ME THE CONTENTS OF THE STIPULATION, RECITALS, AND WAIVERS, AND I ACKNOWLEDGE THAT I UNDERSTAND THEM. |
|---|

Date: 5.9.07

Liliana Carrillo
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

---

## INTERPRETER'S DECLARATION

1. The ☐ Petitioner ☐ Respondent   is unable to read or understand the *Judgment (Uniform Parentage—Custody and Support)* (form FL-250) and this *Advisement and Waiver of Rights* because:
   a. ☐ his/her primary language is *(specify):*
   b. ☐ other *(specify):*

2. I certify under penalty of perjury under the laws of the State of California that I have, to the best of my ability, read or translated for the ☐ Petitioner ☐ Respondent   the *Judgment (Uniform Parentage—Custody and Support)* (form FL-250) and this *Advisement and Waiver of Rights.* ☐ Petitioner ☐ Respondent   said he or she understood the *Judgment (Uniform Parentage—Custody and Support)* (form FL-250) and this *Advisement and Waiver of Rights* before signing them.

Date:

▶

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF INTERPRETER)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
FL-235 [Rev. January 1, 2003]

**ADVISEMENT AND WAIVER OF RIGHTS RE:
ESTABLISHMENT OF PARENTAL RELATIONSHIP
(Uniform Parentage)**

Family Code, § 7600 et seq.
www.courtinfo.ca.gov.

FL-341

| PETITIONER/PLAINTIFF: | Liliana Carrillo | CASE NUMBER: |
|---|---|---|
| RESPONDENT/DEFENDANT: | Jesus Ruiz | D321065 |

## CHILD CUSTODY AND VISITATION ORDER ATTACHMENT

TO ☐ **Findings and Order After Hearing**   ☒ **Judgment**
☐ **Stipulation and Order for Custody and/or Visitation of Children**
☐ **Other** *(specify):*

1. ☒ **Custody.** Custody of the minor children of the parties is awarded as follows:

| Child's name | Date of birth | Legal custody to (person who makes decisions about health, education, etc.) | Physical custody to (person with whom the child lives) |
|---|---|---|---|
| Jesse Ruiz Carrillo | 1/2/07 | Liliana Carrillo | Liliana Carrillo |

☐ Joint legal custody          ☐ Joint physical custody

2. ☒ **Visitation**

a. ☐ Reasonable right of visitation to the party without physical custody **(not appropriate in cases involving domestic violence)**

b. ☐ See the attached _____-page document dated *(specify date):*

c. ☐ The parties will go to mediation at *(specify location):*

d. ☒ No visitation

e. ☐ Visitation for the ☐ petitioner ☐ respondent    will be as follows:

   (1) ☐ **Weekends starting** *(date):*
      *(The first weekend of the month is the first weekend with a Saturday.)*

      ☐ 1st ☐ 2nd ☐ 3rd ☐ 4th ☐ 5th   weekend of the month

      from _____ at _____ ☐ a.m. ☐ p.m.
         *(day of week)*   *(time)*

      to _____ at _____ ☐ a.m. ☐ p.m.
        *(day of week)*   *(time)*

      (a) ☐ The parents will alternate the fifth weekends, with the ☐ petitioner ☐ respondent having the initial fifth weekend, which starts *(date):*

      (b) ☐ The petitioner will have fifth weekends in ☐ odd ☐ even   months.

   (2) ☐ **Alternate weekends starting** *(date):*
      The ☐ petitioner ☐ respondent   will have the children with him or her during the period

      from _____ at _____ ☐ a.m. ☐ p.m.
         *(day of week)*   *(time)*

      to _____ at _____ ☐ a.m. ☐ p.m.
        *(day of week)*   *(time)*

   (3) ☐ **Weekdays starting** *(date):*
      The ☐ petitioner ☐ respondent   will have the children with him or her during the period

      from _____ at _____ ☐ a.m. ☐ p.m.
         *(day of week)*   *(time)*

      to _____ at _____ ☐ a.m. ☐ p.m.
        *(day of week)*   *(time)*

   (4) ☐ **Other** *(specify days and times as well as any additional restrictions):*

☐ See Attachment 2e(4).

Form Approved for Optional Use
Judicial Council of California
FL-341 [Rev. January 1, 2005]

**CHILD CUSTODY AND VISITATION ORDER ATTACHMENT**

Family Code, §§ 3020, 3022, 3025, 3040–3043, 3048, 3100, 6340, 7604
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

| PETITIONER/PLAINTIFF: Liliana Carrillo | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: Jesus Ruiz | D321065 |

3. ☐ **Supervised visitation.** Until ☐ further order of the court ☐ other (specify):

the ☐ petitioner ☐ respondent will have supervised visitation with the minor children according to the schedule set forth on page 1. (You must attach form FL-341(A).)

4. ☐ **Transportation for visitation**

    a. ☐ Transportation to the visits will be provided by the ☐ petitioner ☐ respondent ☐ other (specify):

    b. ☐ Transportation from the visits will be provided by the ☐ petitioner ☐ respondent ☐ other (specify):

    c. ☐ Drop-off of the children will be at (address):

    d. ☐ Pick-up of the children will be at (address):

    e. ☐ The children will be driven only by a licensed and insured driver. The car or truck must have legal child restraint devices.

    f. ☐ During the exchanges, the parent driving the children will wait in the car and the other parent will wait in his or her home while the children go between the car and the home.

    g. ☐ Other (specify):

5. ☒ **Travel with children.** The ☐ petitioner ☒ respondent ☐ other (name):
must have written permission from the other parent or a court order to take the children out of

    a. ☒ the state of California.

    b. ☒ the following counties (specify): Ventura, County

    c. ☐ other places (specify):

6. ☐ **Child abduction prevention.** There is a risk that one of the parents will take the children out of California without the other parent's permission. Form FL-341(B) is attached and must be obeyed.

7. ☐ **Holiday schedule.** The children will spend holiday time as listed in the attached ☐ form FL-341(C) ☐ other (specify):

8. ☐ **Additional custody provisions.** The parents will follow the additional custody provisions listed in the attached ☐ form FL-341(D) ☐ other (specify):

9. ☐ **Joint legal custody.** The parents will share joint legal custody as listed in the attached ☐ form FL-341(E) ☐ other (specify):

10. ☐ **Other** (specify):

11. **Jurisdiction.** This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (part 3 of the California Family Code, commencing with section 3400).

12. **Notice and opportunity to be heard.** The responding party was given notice and an opportunity to be heard, as provided by the laws of the State of California.

13. **Country of habitual residence.** The country of habitual residence of the child or children in this case is ☒ the United States ☐ other (specify):

14. **Penalties for violating this order.** If you violate this order, you may be subject to civil or criminal penalties, or both.

*Attachment 2b.*

FL-342

| | | |
|---|---|---|
| PETITIONER/PLAINTIFF: Liliana Carrillo | | CASE NUMBER: |
| RESPONDENT/DEFENDANT: | | D321065 |
| OTHER PARENT: Jesus Ruiz | | |

## CHILD SUPPORT INFORMATION AND ORDER ATTACHMENT

Attachment to  ☐ Findings and Order After Hearing  ☐ Restraining Order After Hearing (CLETS)
☒ Judgment  ☐ Other

### THE COURT USED THE FOLLOWING INFORMATION IN DETERMINING THE AMOUNT OF CHILD SUPPORT:

1. ☒ A printout of a computer calculation and findings is attached and incorporated in this order for all required items not filled out below.

2. ☒ **Income**

   a. Each parent's monthly income is as follows:

   | | Gross monthly income | Net monthly income | Receiving TANF/CalWORKS |
   |---|---|---|---|
   | petitioner/plaintiff: | $ ~O~ | $ | ☐ |
   | respondent/defendant: | $ 1,800. — | $ | ☐ |
   | other parent: | $ | $ | ☐ |

   b. Imputation of income. The court finds that the  ☐ petitioner/plaintiff  ☐ respondent/defendant
   ☐ other parent   has the capacity to earn:
   $ _____ per: _____   and has based the support order upon this imputed income.

3. ☒ **Children of This Relationship**

   a. Number of children who are the subjects of the support order *(specify):*  1

   ~Approximate percentage of time spent with: petitioner/plaintiff~ _____ %
   respondent/defendant _____ %
   other parent ~O~ %

4. ☐ **Hardships**

   Hardships for the following have been allowed in calculating child support:

   | | | petitioner/ plaintiff | respondent/ defendant | other parent | Approximate ending time for the hardship |
   |---|---|---|---|---|---|
   | a. | ☐ Other minor children: | $ | $ | $ | |
   | b. | ☐ Extraordinary medical expenses: | $ | $ | $ | |
   | c. | ☐ Catastrophic losses: | $ | $ | $ | |

### THE COURT ORDERS

5. ☐ **Low-Income Adjustment**

   a. ☐ The low-income adjustment applies.

   b. ☐ The low-income adjustment does not apply because *(specify reasons):*

6. ☒ **Child Support**

   a. **Base child support**

   ☐ Petitioner/plaintiff  ☒ Respondent/defendant  ☐ Other parent   must pay child support beginning *(date):* 5-1-07 and continuing until further order of the court, or until the child marries, dies, is emancipated, reaches age 19, or reaches age 18 and is not a full-time high school student, whichever occurs first, as follows:

   | Child's name | Date of birth | Monthly amount | Payable to *(name)* |
   |---|---|---|---|
   | Jesse Ruiz Carrillo | 1-2-2007 | $376.00 | Liliana Carrillo |

   Payable  ☐ on the 1st of the month  ☒ one-half on the 1st and one-half on the 15th of the month
   ☐ other *(specify):*

   b. ☒ **Mandatory additional child support**

   (1) ☒ Child-care costs related to employment or reasonably necessary job training.

   ☒ Petitioner/plaintiff must pay: 50 % of total or ☐ $ _____ per month child-care costs.
   ☒ Respondent/defendant must pay: 50 % of total or ☐ $ _____ per month child-care costs.
   ☐ Other parent must pay: _____ % of total or ☐ $ _____ per month child-care costs.
   ☐ Costs to be paid as follows *(specify):*

*THIS IS A COURT ORDER.*

Form Adopted for Mandatory Use
Judicial Council of California
FL-342 [Rev. July 1, 2005]

**CHILD SUPPORT INFORMATION AND ORDER ATTACHMENT**

Family Code, §§ 4055–4069
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

*Attachment 2b*

| | |
|---|---|
| PETITIONER/PLAINTIFF: Liliana Carrillo | CASE NUMBER: |
| RESPONDENT/DEFENDANT: | |
| OTHER PARENT: Jesus Ruiz | D321065 |

**THE COURT FURTHER ORDERS:**

6. b. **Mandatory additional child support** *(continued)*

   (2) ☑ Reasonable uninsured health-care costs for the children

    ☑ Petitioner/plaintiff must pay: 50 % of total **or** ☐ $      per month.

    ☑ Respondent/defendant must pay: 50 % of total **or** ☐ $      per month.

    ☐ Other parent must pay: % of total **or** ☐ $      per month.

    ☐ Costs to be paid as follows *(specify):*

  c. ☐ **Additional child support**

   (1) ☐ Costs related to the educational or other special needs of the children

    ☐ Petitioner/plaintiff must pay: % of total **or** ☐ $ per month.

    ☐ Respondent/defendant must pay: % of total **or** ☐ $ per month.

    ☐ Other parent must pay: % of total **or** ☐ $ per month.

    ☐ Costs to be paid as follows *(specify):*

   (2) ☐ Travel expenses for visitation

    ☐ Petitioner/plaintiff must pay: % of total **or** ☐ $ per month.

    ☐ Respondent/defendant must pay: % of total **or** ☐ $ per month.

    ☐ Other parent must pay: % of total **or** ☐ $ per month.

    ☐ Costs to be paid as follows *(specify):*

| Total child support per month: $ 376 00 |
|---|

7. **Health-Care Expenses**

  a. Health insurance coverage for the minor children of the parties must be maintained by the ☐ petitioner/plaintiff ☐ respondent/defendant ☐ other parent if available at no or reasonable cost through their respective places of employment or self-employment. Both parties are ordered to cooperate in the presentation, collection, and reimbursement of any health-care claims.

  b. ☐ Health insurance is not available to the ☐ petitioner/plaintiff ☐ respondent/defendant ☐ other parent at a reasonable cost at this time.

  c. ☐ The party providing coverage must assign the right of reimbursement to the other party.

8. **Earnings Assignment**

An *Order/Notice to Withhold Income for Child Support* (form FL-195) must issue. **Note:** The payor of child support is responsible for the payment of support directly to the recipient until support payments are deducted from the payor's wages, and for any support not paid by the assignment.

9. ☐ **Non-Guideline Order**

This order does not meet the child support guideline set forth in Family Code section 4055. A *Non-Guideline Child Support Findings Attachment* (form FL-342(A)) is attached.

10. ☐ **Employment Search Order (Family Code, § 4505)**

☐ Petitioner/plaintiff ☐ Respondent/defendant ☐ Other parent is ordered to seek employment with the following terms and conditions:

11. **Other Orders** *(specify):*

12. **Required Attachments**

A *Notice of Rights and Responsibilities—Health Care Costs and Reimbursement Procedures* and *Information Sheet on Changing a Child Support Order* (form FL-192) must be attached and is incorporated into this order.

13. **Child Support Case Registry Form**

Both parties must complete and file with the court a *Child Support Case Registry Form* (form FL-191) within 10 days of the date of this order. Thereafter, the parties must notify the court of any change in the information submitted within 10 days of the change by filing an updated form.

| **NOTICE:** Any party required to pay child support must pay interest on overdue amounts at the legal rate, which is currently 10 percent per year. |
|---|

**THIS IS A COURT ORDER.**



## CERTIFICATION OF VITAL RECORD

# COUNTY OF VENTURA
### VENTURA, CALIFORNIA

**CERTIFICATE OF LIVE BIRTH**
STATE OF CALIFORNIA
USE BLACK INK ONLY

STATE FILE NUMBER

1200756000417

LOCAL REGISTRATION NUMBER

| | | | |
|---|---|---|---|
| **THIS CHILD** 1A. NAME OF CHILD - FIRST<br>JESSE | 1B. MIDDLE<br>RUIZ | 1C. LAST<br>CARRILLO | |
| 2. SEX<br>MALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC.<br>SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC.<br>- | 4A. DATE OF BIRTH - MM/DD/CCYY<br>01/02/2007 — 4B. HOUR - 24 HOUR CLOCK TIME<br>1700 |

| | |
|---|---|
| **PLACE OF BIRTH** 5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY<br>VENTURA COUNTY MEDICAL CENTER | 5B. STREET / ADDRESS - STREET AND NUMBER, OR LOCATION<br>3291 LOMA VISTA RD. |
| 5C. CITY<br>VENTURA | 5D. COUNTY<br>VENTURA |

| | | | |
|---|---|---|---|
| **FATHER / PARENT** 6A. NAME OF FATHER/PARENT - FIRST<br>JESUS | 6B. MIDDLE<br>MANUEL | 6C. LAST<br>RUIZ | 7. BIRTHPLACE - STATE / COUNTRY<br>MEXICO — 8. DATE OF BIRTH - MM/DD/CCYY<br>12/17/1987 |
| **MOTHER / PARENT** 9A. NAME OF MOTHER/PARENT - FIRST<br>LILIANA | 9B. MIDDLE<br>ISABEL | 9C. LAST - BIRTH NAME<br>CARRILLO | 10. BIRTHPLACE - STATE / COUNTRY<br>CA — 11. DATE OF BIRTH - MM/DD/CCYY<br>01/19/1990 |

| | | | |
|---|---|---|---|
| **INFORMANT AND BIRTH CERTIFICATION** 12A. I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT - SIGNATURE<br>*Liliana Carrillo* | 12B. RELATIONSHIP TO CHILD<br>MOTHER | 12C. DATE SIGNED - MM/DD/CCYY<br>01/22/2007 |
| I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED | 13A. ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE<br>*Carlotta M Barnes RHIA* | 13B. LICENSE NUMBER<br>G-27920 | 13C. DATE SIGNED - MM/DD/CCYY<br>01/22/2007 |
| 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT<br>ROBERT LEFKOWITZ, MD, 3291 LOMA VISTA RD, VENTURA | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT<br>CARLOTTA M BARNES, R.H.I.A. | |

| | | | |
|---|---|---|---|
| **LOCAL REGISTRAR** 15A. DATE OF DEATH - MM/DD/CCYY | 15B. STATE FILE NO. - STATE USE ONLY | 16. LOCAL REGISTRAR - SIGNATURE<br>ROBERT M. LEVIN, M.D. | 17. DATE ACCEPTED FOR REGISTRATION - MM/DD/CCYY<br>01/26/2007 |



*000709002*



**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA } SS
COUNTY OF VENTURA

**DATE ISSUED**   0 4 / 0 2 / 2007

This is a true and exact reproduction of the document officially registered and placed on file in the Vital Records Section, Ventura County Public Health Department, if it bears the date of issue in red ink.

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

HEALTH OFFICER
VENTURA COUNTY, CALIFORNIA



*Attachment FR-2a*

| | JV-500 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |

TELEPHONE NO.:
E-MAIL ADDRESS (Optional):                    FAX NO. (Optional):
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** VENTURA
STREET ADDRESS: 4353 E. VINEYARD AVENUE
MAILING ADDRESS:
CITY AND ZIP CODE: OXNARD, CA. 93036
BRANCH NAME: JUVENILE COURTHOUSE

CASE NAME:
        JAYLEEN CARRILLO

**PARENTAGE INQUIRY—JUVENILE**

VENTURA SUPERIOR COURT
**FILED**
JAN 2 0 2016
MICHAEL D. PLANET
Executive Officer and Clerk
By_____, Deputy

CASE NUMBER:
J070593

TO: Local child support agency (name): DEPARTMENT OF CHILD SUPPORT SERVICES
     (Address):

     (Fax number):

1. A petition regarding the children named below has been filed in juvenile court. The issue of parentage has been raised and is not resolved. Please inquire whether or not parentage has been previously declared by a superior court order or judgment.

2.
| Child's name | Age | Date of birth | Sex |
|---|---|---|---|
| JAYLEEN CARRILLO | 7 | 06/24/2008 | F |

Date:   **OCT 06 2015**

_____
JUDICIAL OFFICER

**TO BE RETURNED WITHIN 25 JUDICIAL DAYS FROM DATE OF INQUIRY**

3. The following information is available:

| Child's name | Name of parent | Date of order | Case number | No order determining parentage |
|---|---|---|---|---|
| WE HAVE INFORMATION FOR A JAYLEEN CARRILLO WITH A DOB of 6/12/08 | | | | |

☐ Certified copies of court orders are attached. Number of pages attached: _____

4. ☒ Parentage was established by voluntary declaration on (date): _____

                                                    (MOTHER NINA CARRILLO)

Dathe:

                    Local child support agency staff _____
                                                        (NAME AND TITLE)

**PARENTAGE INQUIRY—JUVENILE**

Form Adopted for Mandatory Use
Judicial Council of California
JV-500 [Rev. January 1, 2006]

Page 1 of 1
Family Code, § 7573;
Cal. Rules of Court, rule 1413
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

Child Detail

First Name:    ~~JAYLEEN~~

Middle Name: JENNEVIVE ROSE

Last Name:    GARCIA CARILLO

Date of Birth: ~~06/12/2008~~

Father Detail

First Name:    JAIME

Middle Name:

Last Name:    GARCIA

Date of Birth: 10/28/1976

SSN:

Address Line 1: 4907 W 121ST ST

Address Line 2:

City:            HAWTHORNE

State:           CALIFORNIA

Zip Code:        90250

Mother Detail

First Name:    NINALEE

Middle Name:

Last Name:    CARILLO

Maiden Name:

Date of Birth:  ~~12/18/1975~~

SSN:           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

Address Line 1: 4907 W 121ST ST

Address Line 2:

City:          HAWTHORNE

State:         CALIFORNIA

Zip Code:      90250

Child Place of Birth

⊟⊞

⦿ California

County:  LOS ANGELES

Place of Birth:
          Hospital: TORRANCE MEMORIAL MED CENTER,  636

○ Other State/Country

Other Information

⊟⊞

Witnessing Agency County: LOS ANGELES

Witnessing Agency Code:   TORRANCE MEMORIAL MED CENTER, 636

Rescission Date:

Set Aside Date:

File Date:       07/09/2008

PCN:             061001242418

Attachment 2a

Case Number: D380372

# County of Ventura
### VENTURA, CALIFORNIA

## CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA
USE BLACK INK ONLY

1201556005125

| | | | | |
|---|---|---|---|---|
| STATE FILE NUMBER | | LOCAL REGISTRATION NUMBER | | |

**THIS CHILD**

| 1A. NAME OF CHILD - FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| JULIETTE | GISELLE | CARRILLO-ZENTENO |

| 2. SEX | 3A. THIS BIRTH: SINGLE, TWIN, ETC. | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH - MM/DD/CCYY | 4B. HOUR - 24 HOUR CLOCK TIME |
|---|---|---|---|---|
| FEMALE | SINGLE | | 07/25/2015 | 1521 |

**PLACE OF BIRTH**

| 5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY | 5B. STREET ADDRESS - STREET AND NUMBER, OR LOCATION |
|---|---|
| VENTURA COUNTY MEDICAL CENTER | 3291 LOMA VISTA RD. |

| 5C. CITY | 5D. COUNTY |
|---|---|
| VENTURA | VENTURA |

**FATHER/PARENT**

| 6A. NAME OF FATHER/PARENT - FIRST | 6B. MIDDLE | 6C. LAST | 7. BIRTHPLACE - STATE/COUNTRY | 8. DATE OF BIRTH - MM/DD/CCYY |
|---|---|---|---|---|
| VICENTE | - | ZENTENO | MEXICO | 04/05/1993 |

**MOTHER/PARENT**

| 9A. NAME OF MOTHER/PARENT - FIRST | 9B. MIDDLE | 9C. LAST - BIRTH NAME | 10. BIRTHPLACE - STATE/COUNTRY | 11. DATE OF BIRTH - MM/DD/CCYY |
|---|---|---|---|---|
| LILIANA | ISABEL | CARRILLO | CA | 01/19/1990 |

**INFORMANT AND BIRTH CERTIFICATION**

| | | |
|---|---|---|
| I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT - SIGNATURE *Liliana Carrillo* | 12B. RELATIONSHIP TO CHILD: MOTHER — 12C. DATE SIGNED - MM/DD/CCYY 07/28/2015 |
| I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED. | 13A. ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE | 13B. LICENSE NUMBER A110206 — 13C. DATE SIGNED - MM/DD/CCYY 07/28/2015 |
| 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: TIPU V. KHAN, MD, 3291 LOMA VISTA RD., VENTURA | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT: JUNE CHUNG, MGR |

**LOCAL REGISTRAR**

| 15A. DATE OF DEATH - MM/DD/CCYY | 15B. STATE FILE NO. - STATE USE ONLY | 16. LOCAL REGISTRAR - SIGNATURE: ROBERT M. LEVIN, M.D. EG | 17. DATE ACCEPTED FOR REGISTRATION - MM/DD/CCYY 07/31/2015 |
|---|---|---|---|

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF VENTURA

This is a true and exact reproduction of the document officially registered and placed on file in the Vital Records Section, Ventura County Public Health Department, if it bears the date of issue in red ink.

DATE ISSUED  01/19/2016



HEALTH OFFICER
VENTURA COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

*001139608*





ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



## County of Ventura
### VENTURA, CALIFORNIA

### CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA
### USE BLACK INK ONLY

1200956010234

STATE FILE NUMBER — LOCAL REGISTRATION NUMBER

| | | | |
|---|---|---|---|
| **1A. NAME OF CHILD - FIRST** JOSUE | **1B. MIDDLE** MANUEL CARRILLO | **1C. LAST** CERVANTES | |
| **2. SEX** MALE | **3A. THIS BIRTH, SINGLE, TWIN, ETC.** SINGLE | **3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC.** - | **4A. DATE OF BIRTH - MM/DD/CCYY** 12/18/2009 **4B. HOUR - 24 HOUR CLOCK TIME** 0456 |

| | |
|---|---|
| **5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY** VENTURA COUNTY MEDICAL CENTER | **5B. STREET ADDRESS - STREET AND NUMBER, OR LOCATION** 3291 LOMA VISTA RD. |
| **5C. CITY** VENTURA | **5D. COUNTY** VENTURA |

| | | | | |
|---|---|---|---|---|
| **6A. NAME OF FATHER/PARENT - FIRST** EMANUEL | **6B. MIDDLE** QUIROZ | **6C. LAST** CERVANTES | **7. BIRTHPLACE - STATE/COUNTRY** IL | **8. DATE OF BIRTH - MM/DD/CCYY** 12/05/1985 |
| **9A. NAME OF MOTHER/PARENT - FIRST** LILIANA | **9B. MIDDLE** ISABEL | **9C. LAST - BIRTH NAME** CARRILLO | **10. BIRTHPLACE - STATE/COUNTRY** CA | **11. DATE OF BIRTH - MM/DD/CCYY** 01/19/1990 |

| | | | |
|---|---|---|---|
| **12A. INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.** | **12C. I, PARENT OR OTHER INFORMANT - SIGNATURE** *Liliana Carrillo* | **12B. RELATIONSHIP TO CHILD** MOTHER | **12D. DATE SIGNED - MM/DD/CCYY** 12/19/2009 |
| **I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED.** **13A. ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE** *Marianne Fales, mg.* | | **13B. LICENSE NUMBER** 20-A8794 | **13C. DATE SIGNED - MM/DD/CCYY** 12/19/2009 |
| **13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT** NBALIA SOUMAH,DO,200 S. WELLS RD. STE 200,VENTURA | | **14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT** MARIANNE FALES,MGR | |

| | | | |
|---|---|---|---|
| **15A. DATE OF DEATH - MM/DD/CCYY** | **15B. STATE FILE NO. - STATE USE ONLY** | **16. LOCAL REGISTRAR - SIGNATURE** ROBERT M. LEVIN, M.D. H | **17. DATE ACCEPTED FOR REGISTRATION - MM/DD/CCYY** 12/22/2009 |

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF VENTURA } SS.    DATE ISSUED

This is a true and exact reproduction of the document officially registered and placed on file with the VENTURA COUNTY CLERK AND RECORDER.

* 0 0 0 7 2 8 5 0 5 *



MARK A. LUNN
COUNTY CLERK AND RECORDER

This copy not valid unless prepared on an engraved border displaying the date, seal and signature of County Clerk and Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

**CERTIFICATION OF VITAL RECORD**



DV-105, Child Custody

# COUNTY OF VENTURA

### VENTURA, CALIFORNIA

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**
**USE BLACK INK ONLY**

1200856005279

| | STATE FILE NUMBER | | | | LOCAL REGISTRATION NUMBER |
|---|---|---|---|---|---|

| THIS CHILD | 1A. NAME OF CHILD - FIRST | 1B. MIDDLE | | 1C. LAST | |
|---|---|---|---|---|---|
| | JAYLEEN | | | CARRILLO | |
| | 2. SEX | 3A. THIS BIRTH, SINGLE, TWIN, ETC. | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH - MM/DD/CCYY | 4B. HOUR - 24 HOUR CLOCK TIME |
| | FEMALE | SINGLE | - | 06/24/2008 | 0054 |

| PLACE OF BIRTH | 5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY | | 5B. STREET ADDRESS - STREET AND NUMBER, OR LOCATION | | |
|---|---|---|---|---|---|
| | VENTURA COUNTY MEDICAL CENTER | | 3291 LOMA VISTA RD. | | |
| | 5C. CITY | | 5D. COUNTY | | |
| | VENTURA | | VENTURA | | |

| FATHER/PARENT | 6A. NAME OF FATHER/PARENT - FIRST | 6B. MIDDLE | 6C. LAST | | 7. BIRTHPLACE - STATE/ COUNTRY | 8. DATE OF BIRTH - MM/DD/CCYY |
|---|---|---|---|---|---|---|
| | | - | | | | |

| MOTHER/PARENT | 9A. NAME OF MOTHER/PARENT - FIRST | 9B. MIDDLE | 9C. LAST - BIRTH NAME | | 10. BIRTHPLACE - STATE/ COUNTRY | 11. DATE OF BIRTH - MM/DD/CCYY |
|---|---|---|---|---|---|---|
| | LILIANA | ISABEL | CARRILLO | | CA | 01/19/1990 |

| INFORMANT AND BIRTH CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT - SIGNATURE *Karen Maillong* | 12B. RELATIONSHIP TO CHILD | 12C. DATE SIGNED - MM/DD/CCYY |
|---|---|---|---|---|
| | | | MEDCL RECS CLERK | 06/30/2008 |
| | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED. | 13A. ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE *Carlotta M Barnes RHIA* | 13B. LICENSE NUMBER | 13C. DATE SIGNED - MM/DD/CCYY |
| | | | A95641 | 06/30/2008 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT | | |
| | ROSALIE PATRICIO, MD, 200 S. WELLS RD. #100, VENTURA | CARLOTTA M BARNES, R.H.I.A. | | |

| LOCAL REGISTRAR | 15A. DATE OF DEATH - MM/DD/CCYY | 15B. STATE FILE NO. - STATE USE ONLY | 16. LOCAL REGISTRAR - SIGNATURE | 17. DATE ACCEPTED FOR REGISTRATION - MM/DD/CCYY |
|---|---|---|---|---|
| | | | ROBERT M. LEVIN, M.D. | 07/02/2008 |



*000777373*

**CERTIFIED COPY OF VITAL RECORDS**



STATE OF CALIFORNIA
COUNTY OF VENTURA } SS    **DATE ISSUED** 07/08/2008

This is a true and exact reproduction of the document officially registered and placed on file in the Vital Records Section, Ventura County Public Health Department, if it bears the date of issue in red ink.

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

**HEALTH OFFICER**
VENTURA COUNTY, CALIFORNIA

PHSCO (REV 11/06)

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**ORIGINAL**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☑ )

Liliana Isabel Carrillo

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
Ventura County Welfare Departments, Oxnard Juvenile Justice Complex, Ventura County Medical Center, Superior Court of California, County of Ventura

**(b) County of Residence of First Listed Plaintiff**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant**
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Liliana Isabel Carrillo
5200 South J Street
Apartment D
Oxnard, ca 93033
(805) 663-1444

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multidistrict Litigation - Transfer

☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $ 1,000,000,000   Ex-Parte Injunctive Relief

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 U.S.C. § 1983 and others. My 4 minor children are kidnapped and held hostage by defendants who are trafficking us.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number: **CV 17-02800**

CV-71 (07/16)   CIVIL COVER SHEET   Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☐ No | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | Southern |
|  | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | | |
|---|---|---|
| ☐ Yes  ☑ No | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br>☐ NO. Continue to Question B.2. |
| If "no," skip to Question C.  If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | | |
|---|---|---|
| ☐ Yes  ☑ No | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br>☐ NO. Continue to Question C.2. |
| If "no," skip to Question D.  If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☑ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☑ |

| **D.1.** Is there at least one answer in Column A? | **D.2.** Is there at least one answer in Column B? |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☑ No |
| If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | *Western* |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☑ Yes  ☐ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?  ☑ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**:  Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☑ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐   A.  Arise from the same or a closely related transaction, happening, or event;

☐   B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C.  For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐   A.  Arise from the same or a closely related transaction, happening, or event;

☐   B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C.  Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**   *Liliana Camillo*      DATE:  *April 12, 2017*

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

